UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOSIAH LINDSEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL NOLAN, individually, and JOHN GJOVIK, individually.<br><br>    Defendants. | No. 3:21-cv-05078-BJR<br><br>STIPULATED MOTION AND ORDER EXTENDING ALL DEADLINES |

## I. RELIEF REQUESTED

Plaintiff Josiah Lindsey and defendant John Gjovik jointly request that this Court grant their motion to extend the current deadlines in this matter pursuant to the good cause standard required under Local Rules W.D. Wash. LCR 16(b)(6) to allow the parties additional time to engage in settlement negotiations and attend mediation.

## II. STATEMENT OF FACTS

Josiah Lindsey filed this lawsuit on January 29, 2021 alleging claims under 42 U.S.C. § 1983 against defendants Michael Nolan and John Gjovik for actions arising out of their employment by the Washington Department of Children, Youth, and Families. There are three pending deadlines in this matter set by a minute order of this Court: a deadline of May 14, 2021 for completing the FRCP 26(a)(1) conference; a deadline of May 21, 2021 for exchanging initial

STIPULATED MOTION AND ORDER EXTENDING ALL
DEADLINES - 1

18938.00000 oe110101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

1  disclosures; and a deadline of May 28, 2021 for submitting the parties' joint status report and
2  discovery plan.
3     Mr. Lindsey is currently engaged in settlement negotiations with the Department of
4  Children, Youth, and Families that, if successful, would also resolve his claims against
5  Defendants Gjovik and Nolan. The parties had previously scheduled a mediation for April 13
6  and 14, 2021, before the pending deadlines in this matter, but that mediation had to be canceled
7  due to a medical emergency. The parties have rescheduled their mediation for July 6 and 7,
8  2021, the earliest available dates with their selected mediator.

### III. ARGUMENT AND AUTHORITY

A scheduling order "may be modified only for good cause and with the judge's consent." Local Rules W.D. Wash. LCR 16(b)(6). The parties jointly request that the current deadlines be reset for the second half of July, after their mediation will take place. The parties believe there is good cause for this extension because it will allow the parties to focus their attention on settlement discussions and avoid unnecessary use of the parties' and the Court's resources if the matter does resolve.

Both defendants have completed waiver of service forms, and if settlement efforts are unsuccessful there will be no barriers to moving forward promptly with the case. The parties will not seek another extension. The parties request that the Court set the following deadlines:

| | |
|---|---|
| FRCP 26(a)(1) Conference deadline | July 16, 2021 |
| Initial Disclosures due | July 23, 2021 |
| Joint Status Report due | July 30, 2021 |

DATED: May 12, 2021

STIPULATED MOTION AND ORDER EXTENDING ALL
DEADLINES - 2

18938.00000 oe110101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| | |
|---|---|
| MacDONALD HOAGUE AND BAYLESS | ROBERT W. FERGUSON |
| */s/Tiffany Cartwright* | */s/Heather L. Welch* |
| Tiffany Cartwright, WSBA #43564 | Heather L. Welch, WSBA #37229 |
| Jesse Wing, WSBA #27751 | Assistant Attorney General |
| Attorneys for Plaintiff Josiah Lindsey | Attorneys for Defendant John Gjovik |
| 705 Second Ave, Suite 1500 | 7141 Cleanwater Drive SW |
| Seattle, Washington 98104 | PO Box 40126 |
| Phone: (206) 622-1604 | Olympia, WA 98504-0126 |
| Email: tiffanyc@mhb.com | Phone: (360) 586-6300 |
| jessew @mhb.com | Email: heather.welch@atg.wa.com |

STIPULATED MOTION AND ORDER EXTENDING ALL
DEADLINES - 3

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

18938.00000 oe110101

# ORDER

The Court GRANTS the parties' stipulated motion to extend deadlines (Dkt. No. 7) and extends the deadlines below as follows:

- FRCP 26(a)(1) Conference deadline: July 16, 2021
- Initial Disclosures due: July 23, 2021
- Joint Status Report due: July 30, 2021

DATED this 14th day of May, 2021

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER EXTENDING ALL DEADLINES - 4

18938.00000 oe110101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961